MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for AARON REX

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br>               Plaintiff, <br><br> v. <br><br> AARON REX, <br>               Defendant. | No. 2:21-107 DJC <br><br> STIPULATION AND ORDER MODIFYING THE SCHEDULE FOR Mr. REX'S PRE-SENTENCE REPORT FOR A NEW SENTENCING DATE OF AUGUST 10, 2023 <br><br> Judge: Hon. Daniel J. Calabretta |

USPO Janice Slusarenko, on behalf of the United States Probation Office, is requesting a continuance of Mr. Rex's sentencing hearing, which is presently set for July 6, 2023.  AUSA Ross Pearson, on behalf of the United States Attorney's Office, and Defendant AARON REX, have no objection to the requested continuance.  The parties hereby stipulate to re-set the schedule for the Presentence Report as follows:

    Judgment and Sentencing Date: August 10, 2023

    Reply, or Statement of Non-opposition: August 3, 2023

    Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: July 27, 2023

    The revised final Presentence Report will be filed with the Court on July 20, 2023

    Counsel's informal objections will be filed by July 13, 2023

    The revised draft Presentence Report will be filed by June 29, 2023

    ///

Dated: June 5, 2023

Respectfully submitted,

/s/ *Michael D. Long*
MICHAEL D. LONG
Attorney for Aaron Rex

Dated: June 5, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ *Ross Pearson*
ROSS PEARSON
Assistant U.S. Attorney

[PROPOSED] ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that the schedule for Mr. Rex's Presentence Report is amended as follows:

Judgment and Sentencing Date: August 10, 2023

Reply, or Statement of Non-opposition: August 3, 2023

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: July 27, 2023

The revised final Presentence Report will be filed with the Court on July 20, 2023

Counsel's informal objections will be filed by July 13, 2023

The revised draft Presentence Report will be filed by June 29, 2023

Dated: June 5, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE