```
 1  MICHAEL D. LONG
    Attorney at Law
 2  California State Bar Number 149475
    901 H Street, Suite 301
 3  Sacramento, CA 95814
    Telephone:  (916) 201-4188
 4  Facsimile:   (916) 442-8299
    Email: mike.long.law@msn.com
 5
    Attorney for Defendant
 6  AARON REX
```

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON REX.<br><br>Defendant | Case No.: 2:21-cr-00107-DJC<br><br>**ORDER TO FILE UNDER SEAL THE SCHOOL RECORDS OF AARON REX** |

**ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Exhibit D, the medical records of Aaron Rex, **SHALL** be filed **UNDER SEAL**.

**IT IS SO ORDERED.**

Dated:   August 4, 2023          /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE