MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for AARON REX

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA, ) No. 2:21-107 DJC
        Plaintiff, )
         ) STIPULATION AND
    v. ) FOR A NEW SENTENCING DATE
AARON REX, ) OF SEPTEMBER 28, 2023
         )
        Defendant. ) Judge: Hon. Daniel J. Calabretta
==============================)

      Mr. Rex's sentencing hearing is presently set for September 14, 2023.  Mr. Long will be out-of-town on that date.  AUSA Ross Pearson, on behalf of the United States Attorney's Office, has no objection to Mr. Long's requested continuance to September 28, 2023.  USPO Slusarenko has been notified of this change in sentencing date.  No other dates need to be set.

Dated:  August 30, 2023                          Respectfully submitted,

                                            /s/ Michael D. Long
                                            MICHAEL D. LONG
                                            Attorney for Aaron Rex

Dated:  August 30, 2023                          PHILLIP A. TALBERT
                                            United States Attorney

                                            /s/ Ross Pearson
                                            ROSS PEARSON
                                            Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that Mr. Rex sentencing will be continued from September 14, 2023, to September 28, 2023.

| | |
|---|---|
| Dated: August 30, 2023 | /s/ Daniel J. Calabretta |
| | THE HONORABLE DANIEL J. CALABRETTA |
| | UNITED STATES DISTRICT JUDGE |